

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**08-20562-CR-HUCK/O'SULLIVAN**
CASE NO._____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ALEXIS RAMOS,
RAUL RAMOS Jr.,
GERMAN GALVEZ,
MANUEL CAMEJO,
GEORGE MORALES,
and
HIPOLITO GUZMAN,
         Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as on or about April 18, 2008, and continuing through on or about June 3, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

ALEXIS RAMOS,
RAUL RAMOS Jr.,
GERMAN GALVEZ,
MANUEL CAMEJO,
GEORGE MORALES,
and
HIPOLITO GUZMAN,

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and other persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about June 3, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALEXIS RAMOS,
RAUL RAMOS Jr.,
and
GERMAN GALVEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

2

## COUNT 3

On or about June 3, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MANUEL CAMEJO,**
and
**GEORGE MORALES,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in Counts 1, 2, and 3, the defendants shall forfeit to the United States, any property: (1) constituting, or derived from, any proceeds which the defendants obtained, directly or indirectly as a result of such violation; and (2) any property which the defendants used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

The property subject to forfeiture includes, but is not limited to:

    (a)    one (1) 1994 Peterbilt flat bed tractor trailer, more particularly described as rig Vehicle Identification Number # 1XP5DB8X1RN348640, and flat bed Vehicle Identification Number # 1TTF48205V1853180;

    (b)    Approximately $25,989.00 in U.S. currency seized on June 4, 2008, at 10340 NW 135th Street, Hialeah Gardens, Florida;

    (c)    Approximately $1,651.00 in U.S. currency seized on June 4, 2008 from the person of MANUEL CAMEJO;

    (d)    Approximately $95,310.00 in U.S. currency seized on June 4, 2008 at 12780 Hickory Road, North Miami, Florida;

    (e)    Approximately $1,078.00 in U.S. currency seized on June 3, 2008 from the person of GEORGE MORALES;

    (f)    The real property and appurtenances located at 10340 NW 135th Street, Hialeah Gardens, Florida; and

    (g)    The real property and appurtenances located at 10325 NW 133rd Street, Hialeah Gardens, Florida.

3. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property and in addition, to require the defendants to return any such property to the jurisdiction of the Court for

seizure and forfeiture.

All pursuant to Title 21, United States Code, Sections 853.

TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

ALEXIS RAMOS, et al.,

         **Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)    Yes ___    No ___
Number of New Defendants    _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)               (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | ___ | Petty | ___ |
   | II | 6 to 10 days | 10 | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | X |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   08-mj-2745-BLG
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   6/3/08
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   X   No

_____
SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501121

*Penalty Sheet(s) attached                                                                   REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ALEXIS RAMOS**

Case No:_____

Count #: 1

Conspiracy to distribute cocaine.

Title 21, United States Code, Section 846

\* **Max.Penalty**:     Life imprisonment

Count #: 2

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**:     Life imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>RAUL RAMOS Jr.</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to distribute cocaine.</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max.Penalty:**   <u>Life imprisonment</u>

Count #: 2

<u>Possession with intent to distribute cocaine.</u>

<u>Title 21, United States Code, Section 841(a)(1)</u>

**\* Max.Penalty:**   <u>Life imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: GERMAN GALVEZ

Case No:_____

Count #: 1

Conspiracy to distribute cocaine.

Title 21, United States Code, Section 846

* Max.Penalty:      Life imprisonment

Count #: 2

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1)

* Max.Penalty:      Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>MANUEL CAMEJO</u>

**Case No**:_____

Count #: 1

Conspiracy to distribute cocaine.

Title 21, United States Code, Section 846

**\* Max.Penalty**:        Life imprisonment

Count #: 3

Attempt to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846

**\* Max.Penalty**:        Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>GEORGE MORALES</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to distribute cocaine.</u>

<u>Title 21, United States Code, Section 846</u>

\* **Max.Penalty**:      <u>Life imprisonment</u>

Count #: 3

<u>Attempt to possess with intent to distribute cocaine.</u>

<u>Title 21, United States Code, Section 846</u>

\* **Max.Penalty**:      <u>Life imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>HIPOLITO GUZMAN</u>

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine.

Title 21, United States Code, Section 846

* **Max.Penalty:**       Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.